# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

v.                      No. 2:20-cr-102-DPM

**JAMES McGAHA**                                                   **DEFENDANT**

## ORDER

Motion, *Doc. 4*, granted. The Information against James McGaha is dismissed without prejudice.

So Ordered.

*/s/ DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

2 March 2021